**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEBRA STORY                                                                                    PLAINTIFF

v.                                            Case No. 5:10CV00090 JLH

RICELAND FOODS, INC.                                                               DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of Riceland Foods, Inc., on the claims of Debra Story.  The complaint of Debra Story is dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT COURT